**FILED**

07/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0063

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 24-0063 _____

JOSEPH GHAHARI,

      Petitioner and Appellee,

  vs.

HIRSA HIRAD,

      Respondent and Appellant.

  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )
  )

## ORDER GRANTING MOTION FOR EXTENSION

_____

On Appeal from Montana Eighth Judicial District Court, Cascade County, In Re the Marriage of: Joseph Ghahari, *Petitioner v.* Hirsa Hirad, *Respondent*, Cause No. BDR-7-2021-0000392-DU before the Honorable Elizabeth A. Best

_____

Upon consideration of the Petitioner/Appellee's Motion for Extension and good cause appearing:

IT IS HEREBY ORDERED that the motion for extension is GRANTED, and Petitioner/Appellee's Response Brief shall be filed with the court on or before September 30, 2024.

## ELECTRONICALLY SIGNED AND DATED BELOW

Order Granting Motion for Extension - i

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2024